IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**FRANCOIS TAYLOR,**

        Petitioner,

v.                                      **CIVIL ACTION NO. 5:20-CV-207**
                                              Judge Bailey

**ROBERT HUDGINS,** Warden,

        Respondent.

### ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled case came before this Court for consideration of the Report and Recommendation [Doc. 5] prepared by United States Magistrate Judge James P. Mazzone, and filed on September 28, 2020. Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Mazzone for submission of a proposed report and recommendation ("R&R"). Magistrate Judge Mazzone filed his R&R on September 28, 2020, wherein he recommends that petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. 1] be denied and dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections constitutes a waiver of *de novo* review and the right

to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge Mazzone's R&R were due within fourteen (14) days of service, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). On October 16, 2020, this Court granted petitioner an extension of time to file objections on or before November 16, 2020. *See* [Doc. 9]. To date, no objections have been filed. Accordingly, this Court will review the R&R for clear error.

Upon careful review, it is the opinion of this Court that the Report and Recommendation **[Doc. 5]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated in Magistrate Judge Mazzone's report. Accordingly, petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 **[Doc. 1]** is hereby **DENIED** and **DISMISSED WITHOUT PREJUDICE**. Additionally, petitioner's Motion for Leave to File Excess Pages **[Doc. 3]** is **DENIED AS MOOT**. This Court further **ORDERS** that this matter be **STRICKEN** from the active docket of this Court and **DIRECTS** the Clerk to enter judgment in favor of respondent.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record herein and to mail a copy to the *pro se* petitioner.

**DATED:** November 24, 2020.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE